# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: United States of America vs. State of Missouri et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1457 for the following party(s): (please specify)

United States of America

☐ Appellant(s)  ☐ Petitioner(s)  ☑ Appellee(s)  ☐ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Jeffrey E. Sandberg    s/: Jeffrey E. Sandberg

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Business Address: 950 Pennsylvania Avenue NW, Room 7214

City/State/Zip: Washington, DC 20530

Telephone Number (Area Code): 202-532-4453

Email Address: jeffrey.e.sandberg@usdoj.gov

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 3/10/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: