# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: United States of America vs. State of Missouri et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1457 for the following party(s): (please specify)

United States of America

[ ] Appellant(s)  [ ] Petitioner(s)  [✓] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Abby C. Wright     s/: Abby C. Wright

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Business Address: 950 Pennsylvania Avenue NW, Room 7252

City/State/Zip: Washington, DC 20530

Telephone Number (Area Code): 202-514-0664

Email Address: Abby.Wright@usdoj.gov

---

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 3/10/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: