UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: __United States, Plaintiff-Appellee__ vs. __State of Missouri, Def-Appellant__

**The Clerk will enter my appearance as Counsel in Appeal No.** __23-1457__ for the following party(s): (please specify)

State of Missouri, Michael L. Parson, Governor of the State of Missouri, in his official capacity and Andrew Bailey, Attorney General of the State of Missouri, in his official capacity

[✔] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's [Manage my Account](#).**

Attorney Name: __Joshua M. Divine__   s/: __Joshua M. Divine__

Firm Name: __Office of Missouri Attorney General__

Business Address: __207 W. High Street__

City/State/Zip: __Jefferson City, MO 65102__

Telephone Number (Area Code): __(573) 751-8870__

Email Address: __Josh.Divine@ago.mo.gov__

**CERTIFICATE OF SERVICE**

[✔] I hereby certify that on __03/13/23__, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: