No. 23-1457

# United States Court of Appeals
## For the Eighth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

STATE OF MISSOURI, ET AL.,

*Defendants-Appellants.*

**DEFENDANTS-APPELLANTS' CERTIFICATE THAT NO TRANSCRIPT MUST BE ORDERED UNDER RULE 10(b)**

I hereby certify that no transcript will be ordered because the transcripts of any relevant proceedings have been filed on the district court's docket.

Dated: March 24, 2023                Respectfully submitted,

**ANDREW BAILEY**

*Missouri Attorney General*

/s/ *Jeff P. Johnson*
Jeff P. Johnson, Mo. Bar # 73249
 Deputy Solicitor General
Joshua M. Divine, Mo. Bar
 Solicitor General

1

Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65101
Telephone: (314) 340-7366
Facsimile: (573) 751-0774
jeff.johnson@ago.mo.gov

*Counsel for Defendants-Appellants*

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Jeff P. Johnson*
Jeff P. Johnson