No. 23-1457

# United States Court of Appeals
## For the Eighth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

STATE OF MISSOURI, ET AL.,

*Defendants-Appellants.*

**DEFENDANTS-APPELLANTS' STATEMENT ON METHOD OF APPENDIX PREPARTION**

Defendants-Appellants State of Missouri, Governor Michael Parson, and Attorney General Andrew Bailey, hereby certify that the parties have conferred regarding the method of preparation of the Appendix and have agreed to submit a Joint Appendix pursuant to Federal Rule of Appellate Procedure 30(b)(1) and Eighth Circuit Local Rule 30A(b)(2).

1

Dated: March 24, 2023

Respectfully submitted,

**ANDREW BAILEY**

*Missouri Attorney General*

/s/ *Jeff P. Johnson*
Jeff P. Johnson, Mo. Bar # 73249
  Deputy Solicitor General
Joshua M. Divine, Mo. Bar
  Solicitor General
Office of the Missouri Attorney General
P.O. Box 899
Jefferson City, MO  65101
Telephone: (314) 340-7366
Facsimile: (573) 751-0774
jeff.johnson@ago.mo.gov

*Counsel for Defendants-Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 */s/ Jeff P. Johnson*
Jeff P. Johnson