No. 23-1457

# United States Court of Appeals
## For the Eighth Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

STATE OF MISSOURI, ET AL.,

*Defendants-Appellants.*

## APPELLANTS' MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF AND JOINT APPENDIX

This case seeks review of the district court's decision granting summary judgment and issuing a permanent injunction prohibiting the State of Missouri from enforcing a Missouri law against Missouri state and political subdivisions.

On March 10, 2023, the Court entered a briefing schedule ordering the Joint Appendix and Appellants' Brief due on May 1, 2023. There is a pending motion to stay the district court's judgment and injunction that was fully briefed by March 20, 2023. This is the first request for an extension.

1

Appellate Case: 23-1457   Page: 1   Date Filed: 04/24/2023 Entry ID: 5268246

Due to the press of business, Appellants respectfully request an eight day extension up to and including May 9, 2023, in which to file their opening brief and the joint appendix. Appellee has consented to the extension.

THEREFORE, Appellants' request that the time to file Appellants' Brief and the Joint Appendix be extended through May 9, 2023.

Dated: April 24, 2023  Respectfully submitted,

**ANDREW BAILEY**

*Missouri Attorney General*

/s/ *Jeff P. Johnson*
Jeff P. Johnson, Mo. Bar No. 73249
*Deputy Solicitor General*
Joshua M. Divine, Mo. Bar No. 69875
*Solicitor General*
P.O. Box 899
Jefferson City, MO  65101
Telephone: (314) 340-7366
Facsimile: (573) 751-0774
jeff.johnson@ago.mo.gov

*Counsel for Appellants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Jeff P. Johnson*
Jeff P. Johnson

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the typeface and formatting requirements of Fed. R. App. P. 27 and 32, and that it contains 147 words as determined by the word-count feature of Microsoft Word.

/s/ *Jeff P. Johnson*