# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 23-1457

United States of America

Appellee

v.

State of Missouri, et al.

Appellants

Missouri Firearms Coalition, et al.

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:22-cv-04022-BCW)

---

**ORDER**

Appellants' motion for an extension of time to file the brief and appendix is granted.

Appellants may have until May 9, 2023 to file the brief and appendix.

April 24, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Michael E. Gans