# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Mr. Joshua Divine |
| | Mr. Jeff P. Johnson |
| **CC:** | Mr. Daniel Reiss |
| | Mr. Jeffrey Eric Sandberg |
| | Mr. Daniel Schwei |
| | Mr. Alan Thomas Simpson |
| | Ms. Cassandra Snyder |
| | Ms. Abby Wright |
| **FROM:** | Hillary A. Grupe |
| **DATE:** | May 10, 2023 |
| **RE:** | 23-1457  United States v. State of Missouri, et al |

Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**    COVER PAGE.  The cover does not contain the name of the originating court, agency, board, or commission.

**X**    REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
  **X**    References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document (App._____  R. Doc. _____ , at _____ .)
-References to the district court docket should not be consolidated. SEE pg. 6 of the brief.
        EXAMPLE:
            INCORRECT:        R. Docs. 13, 16, 25
            CORRECT:          R. Doc. 13; R. Doc. 16; R. Doc. 25
-There are incomplete references to district court docket numbers.
"Doc." is <u>not</u> permitted. SEE pgs. 26, 40, 47, and 51 of the brief.

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other

than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.