UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: __United States of America__ vs. __State of Missouri et al.__

**The Clerk will enter my appearance as Counsel in Appeal No.** __23-1457__ for the
following party(s): (please specify)

> Missouri Firearms Coalition, American Firearms Association, Iowa Gun Owners, Ohio
> Gun Owners, Minnesota Gun Rights, Georgia Gun Owners, Wyoming Gun Owners

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates
or changes must be made through PACER's [Manage my Account](#).**

Attorney Name: __Stephen Klein__  s/: __Stephen Klein__

Firm Name: __Barr & Klein PLLC__

Business Address: __1629 K St NW Ste. 300__

City/State/Zip: __Washington, DC 20006__

Telephone Number (Area Code): __(202) 804-6676__

Email Address: __steve@barrklein.com__

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on __5/15/2023__, I electronically filed the foregoing with the Clerk of the Court for the
United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing
document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery
within 3 calendar days, to the following non-CM/ECF participants: