# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 16, 2023

Mr. Jeff P. Johnson
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

RE:  23-1457  United States v. State of Missouri, et al

Dear Counsel:

It has been brought to our attention, through the submission of the amicus brief on May 16, 2023, that our caption is incorrect. Missouri Firearms Coalition, American Firearms Association, Iowa Gun Owners, Ohio Gun Owners, Minnesota Gun Rights, Georgia Gun Owners, and Wyoming Gun Owners were incorrectly listed on the District Court's caption, and, as a result, our caption as Defendants instead of Amici Curiae.

Please find enclosed an updated copy of the new caption. Please use this updated caption on all future filings with the court.

If you have any questions, please do not hesitate to contact our office.

Michael E. Gans
Clerk of Court

AMT

Enclosure(s)

cc:     Mr. Joshua Divine
        Mr. Stephen R. Klein
        Mr. Daniel Reiss
        Mr. Jeffrey Eric Sandberg
        Mr. Daniel Schwei
        Mr. Alan Thomas Simpson
        Ms. Cassandra Snyder
        Ms. Abby Wright
        Ms. Paige A. Wymore-Wynn

District Court/Agency Case Number(s): 2:22-cv-04022-BCW