Caption For Case Number: 23-1457

May 16, 2023

District Court/Agency Case Number(s): 2:22-cv-04022-BCW

**United States of America**

  Plaintiff - Appellee

v.

**State of Missouri; Michael L. Parson, Governor of the State of Missouri, in his official capacity; Andrew Bailey, Attorney General of the State of Missouri, in his official capacity**

  Defendants - Appellants

------------------------------

**Missouri Firearms Coalition; American Firearms Association; Iowa Gun Owners; Ohio Gun Owners; Minnesota Gun Rights; Georgia Gun Owners; Wyoming Gun Owners**

  Amici Curiae - Amici on Behalf of Appellant(s)