# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 19, 2023

Mr. Rick Boyer
INTEGRITY LAW FIRM
P.O. Box 10953
Lynchburg, VA  24506

Mr. Patrick M. McSweeney
PATRICK MCSWEENEY, ATTORNEY AT LAW
3358 John Tree Hill Road
Powhatan, VA  23139

Mr. J. Mark Brewer
BREWER & PRITCHARD
Suite 201A
800 Bering Drive
Houston, TX  77057

Mr. Jeremiah L. Morgan
Mr. Robert Jeffrey Olson
Mr. William Jeffrey Olson
WILLIAM J. OLSON, P.C.
Suite 4
370 Maple Avenue, W.
Vienna, VA  22180-5615

Mr. James Clymer
CLYMER & MUSSER
408 W. Chestnut Street
Lancaster, PA  17603

Kerry Lee Morgan
PENTIUK & COUVREUR
2915 Biddle Avenue
Wyandotte, MI  48192

RE:  23-1457  United States v. State of Missouri, et al

Dear Counsel:

The amicus curiae brief of the Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Heller Foundation, America's Future, DownsizeDC.org, Downsize DC Foundation, Conservative Legal Defense and Education Fund, and Virginia Delegate David LaRock has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Michael E. Gans
Clerk of Court

HAG

Enclosure(s)

cc:     Mr. Joshua Divine
        Mr. Jeff P. Johnson
        Mr. Stephen R. Klein
        Mr. Daniel Reiss
        Mr. David Edward Roland
        Mr. Jeffrey Eric Sandberg
        Mr. Daniel Schwei
        Mr. Alan Thomas Simpson
        Ms. Cassandra Snyder
        Ms. Abby Wright

    District Court/Agency Case Number(s): 2:22-cv-04022-BCW