# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Mr. David Edward Roland

**CC:** Mr. Rick Boyer
Mr. J. Mark Brewer
Mr. James Clymer
Mr. Joshua Divine
Mr. Jeff P. Johnson
Mr. Stephen R. Klein
Mr. Patrick M. McSweeney
Mr. Jeremiah L. Morgan
Mr. Kerry Lee Morgan
Mr. Robert Jeffrey Olson
Mr. William Jeffrey Olson
Mr. Daniel Reiss
Mr. Jeffrey Eric Sandberg
Mr. Daniel Schwei
Mr. Alan Thomas Simpson
Ms. Cassandra Snyder
Ms. Abby Wright

**FROM:** Hillary A. Grupe

**DATE:** May 19, 2023

**RE:** 23-1457  United States v. State of Missouri, et al

Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**    The brief does not state whether the parties consent to its filing. If the parties do <u>not</u> consent, a motion for leave to file an amicus brief must be filed.

**X**    The brief does not contain the statements set forth in FRAP 29(a)(4)(E)(i-iii)

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for

appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.