# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 22, 2023

Mr. David Edward Roland
FREEDOM CENTER OF MISSOURI
P.O. Box 693
Mexico, MO 65265

RE: 23-1457 United States v. State of Missouri, et al

Dear Counsel:

The amicus curiae brief of the Freedom Center of Missouri has been filed. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Michael E. Gans
Clerk of Court

HAG

Enclosure(s)

cc: Mr. Rick Boyer
    Mr. J. Mark Brewer
    Mr. James Clymer
    Mr. Joshua Divine
    Mr. Jeff P. Johnson
    Mr. Stephen R. Klein
    Mr. Patrick M. McSweeney
    Mr. Jeremiah L. Morgan
    Kerry Lee Morgan
    Mr. Robert Jeffrey Olson
    Mr. William Jeffrey Olson
    Mr. Daniel Reiss
    Mr. Jeffrey Eric Sandberg

Mr. Daniel Schwei
Mr. Alan Thomas Simpson
Ms. Cassandra Snyder
Ms. Abby Wright

District Court/Agency Case Number(s): 2:22-cv-04022-BCW