# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Mr. Stephen R. Klein

**CC:** Mr. Rick Boyer
Mr. J. Mark Brewer
Mr. James Clymer
Mr. Joshua Divine
Mr. Jeff P. Johnson
Mr. Patrick M. McSweeney
Mr. Jeremiah L. Morgan
Mr. Kerry Lee Morgan
Mr. Robert Jeffrey Olson
Mr. William Jeffrey Olson
Mr. Daniel Reiss
Mr. David Edward Roland
Mr. Jeffrey Eric Sandberg
Mr. Daniel Schwei
Mr. Alan Thomas Simpson
Ms. Cassandra Snyder
Ms. Abby Wright

**FROM:** Hillary A. Grupe

**DATE:** May 22, 2023

**RE:** 23-1457  United States v. State of Missouri, et al

Your paper briefs in the above-referenced case have been received. In reviewing the briefs, we noted the deficiencies shown below.

**X**     Please file a Corrected Certificate of Service entry in CM/ECF within 5 days of the date of this notice showing service of the paper copies of your brief. Pursuant to 8th Cir. R. 28A(d), counsel is required to serve one paper copy on each party separately represented or proceeding pro se. *The Certificate of Service provided indicates the paper brief was mailed to counsel not involved with this appeal.*