# Certificate of Service

The undersigned hereby certifies that on May 24, 2023, one copy of the *Amici Curiae* Brief of Missouri Firearms Coalition, American Firearms Association, Iowa Gun Owners, Ohio Gun Owners, Minnesota Gun Rights, Georgia Gun Owners, and Wyoming Gun Owners in Support of Appellant was served upon the below-listed counsel by depositing one copy of same in the United States Mail in New York City, New York on May 24, 2023, properly stamped and addressed to:

Daniel Reiss
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, N.W.
Washington, DC 20530

Jeffrey E. Sandberg
Abby Wright
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Room 7214
Washington, DC 20530

Daniel Schwei
Cassandra Snyder
U.S. DEPARTMENT OF JUSTICE
1100 L Street, N.W.
Suite 12302
Washington, DC 20005

Alan Thomas Simpson
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 East Ninth Street
Kansas City, MO 64106

Joshua Divine
Jeff P. Johnson
ATTORNEY GENERAL'S OFFICE
207 West High Street
P.O. Box 899
Jefferson City, MO 65102

Rick Boyer
INTEGRITY LAW FIRM
P.O. Box 10953
Lynchburg, VA 24506

J. Mark Brewer
BREWER & PRITCHARD, P.C.
800 Bering Drive
Houston, TX 77057

James Clymer
CLYMER, MUSSER & SARNO, P.C.
408 West Chestnut Street
Lancaster, PA 17603

| | |
|---|---|
| Patrick M. McSweeney<br>PATRICK McSWEENEY,<br>ATTORNEY AT LAW<br>3358 John Tree Hill Road<br>Powhatan, VA 23139 | William J. Olson<br>Robert J. Olson<br>Jeremiah L. Morgan<br>WILLIAM J. OLSON, P.C.<br>370 Maple Avenue W #4<br>Vienna, VA 22180 |
| Kerry Lee Morgan<br>PENTIUK, COUVREUR &<br>KOBILJAK, P.C.<br>2915 Biddle Avenue<br>Suite 200<br>Wyandotte, MI 48192 | David E. Roland<br>FREEDOM CENTER OF MISSOURI<br>P.O. Box 693<br>Mexico, MO 65265 |

    */s/ Stephen Klein*
    Stephen R. Klein
    *Counsel for* Amici Curiae