# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: United States vs. State of Missouri, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1457 for the following party(s): (please specify)

> Gun Owners of America, Inc., Gun Owners Foundation, Gun Owners of California, Heller Foundation, America's Future, DownsizeDC.org, Downsize DC Foundation, Conservative Legal Defense and Education Fund, and Virginia Del. David LaRock

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☐ Respondent(s)  ☑ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: J. Mark Brewer     s/: J. Mark Brewer

Firm Name: Brewer & Pritchard, P.C.

Business Address: 800 Bering Dr., Suite 201

City/State/Zip: Houston, Texas 77057

Telephone Number (Area Code): 713-209-2910

Email Address: Brewer@bplaw.com

---

### CERTIFICATE OF SERVICE

☑ I hereby certify that on 6/2/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: