# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1457

United States of America

Appellee

v.

State of Missouri, et al.

Appellants

------------------------------

Missouri Firearms Coalition, et al.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:22-cv-04022-BCW)

_____

**ORDER**

Appellee's motion for extension of time to file the brief is granted. Appellee may have until August 2, 2023 to file the brief.

June 29, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans