UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: United States                                    vs.  State of Missouri

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1457 **for the**
following party(s): (please specify)

Gun owners of America, Inc. et. al, amicicuriae

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ✔ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates**
**or changes must be made through PACER's** Manage my Account.

Attorney Name: Rick Boyer                    s/:

Firm Name: Integrity Law Firm, PLLC

Business Address: P.O. Box 10953

City/State/Zip: Lynchburg, VA 24506

Telephone Number (Area Code): 434-401-2093

Email Address: rickboyerlaw@gmail.com

**CERTIFICATE OF SERVICE**

✔ I hereby certify that on 7-27-23 , I electronically filed the foregoing with the Clerk of the Court for the
United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing
document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery
within 3 calendar days, to the following non-CM/ECF participants: