UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Appellee, | ) |
| -vs- | ) No. 23-1457 |
| STATE OF MISSOURI, *et al.* | ) |
| Defendants-Appellants | ) |

## **MOTION TO WITHDRAW AS COUNSEL**

Alan Simpson hereby moves to withdraw as counsel of record for the United States of America. Good cause exists as the undersigned has taken a different position within the federal government and has left the employ of the Department of Justice. The United States of America will continue to have representation and will not be prejudiced.

Respectfully submitted,

*/s/ Alan T. Simpson*
Alan T. Simpson
Mo. Bar No. 65183
2600 Grand Boulevard
Suite 210
Kansas City, MO 64108
(816) 960-7700 (telephone)
(816) 960-7750 (facsimile)
asimpson@cftc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August 2023, I electronically filed the foregoing with the U.S. Court of Appeals for the Eighth Circuit using the CM/ECF electronic filing system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Alan T. Simpson*
Alan T. Simpson
Mo. Bar No. 65183

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that this motion complies with the typeface and formatting requirements of Fed. R. App. P. 27 and 32, that it is written in Century Schoolbook 14-point font, and that it contains 61 words as determined by the word-count feature of Microsoft Word. The motion and this certification have been scanned for viruses and are virus-free.

*/s/ Alan T. Simpson*
Alan T. Simpson
Mo. Bar No. 65183