UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-1457

United States of America

Appellee

v.

State of Missouri, et al.

Appellants

------------------------------

Missouri Firearms Coalition, et al.

Amici on Behalf of Appellant(s)

------

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:22-cv-04022-BCW)

------

**ORDER**

The motion to withdraw as retained counsel is granted. Mr. Alan Thomas Simpson is hereby granted leave to withdraw.

August 09, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans