# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 17, 2023

Ryan Andrew Partelow
COVINGTON & BURLING
620 Eighth Avenue
New York, NY  10018

   RE:  23-1457  United States v. State of Missouri, et al

Dear Counsel:

  The amicus curiae brief of the Brady Center to Prevent Gun Violence, Everytown for Gun Safety Support Fund, March for Our Lives Foundation, and Giffords Law Center to Prevent Gun Violence has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

  Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

                Michael E. Gans
                Clerk of Court

JJB

Enclosure(s)

cc: Mr. Rick Boyer
   Mr. J. Mark Brewer
   Mr. James Clymer
   Mr. Joshua Divine
   Samuel J. Greeley
   Mr. Jeff P. Johnson
   Abigail O. Kertzman
   Mr. Stephen R. Klein
   Rukesh A. Korde
   Priya S. Leeds
   Mr. Patrick M. McSweeney
   Mr. Jeremiah L. Morgan

Mr. Kerry Lee Morgan
Mr. Robert Jeffrey Olson
Mr. William Jeffrey Olson
Mr. Michael Raab
Mr. Daniel Reiss
Mr. David Edward Roland
Mr. Jeffrey Eric Sandberg
Mr. Daniel Schwei
Ms. Cassandra Snyder
Mr. Mark B. Stern
Ms. Abby Wright

   District Court/Agency Case Number(s):   2:22-cv-04022-BCW