# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 17, 2023

Mr. Alexander Southwell
GIBSON & DUNN
200 Park Avenue
New York, NY  10166

RE:  23-1457  United States v. State of Missouri, et al

Dear Counsel:

The amicus curiae brief of the Missouri Coalition Against Domestic and Sexual Violence has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Michael E. Gans
Clerk of Court

JJB

Enclosure(s)

cc: Mr. Rick Boyer
    Mr. J. Mark Brewer
    Mark J. Cherry
    Mr. James Clymer
    Lee R. Crain
    Mr. Joshua Divine
    Samuel J. Greeley
    Mr. Jeff P. Johnson
    Abigail O. Kertzman
    Mr. Stephen R. Klein
    Rukesh A. Korde
    Priya S. Leeds
    Mr. Patrick M. McSweeney

Mr. Jeremiah L. Morgan
Mr. Kerry Lee Morgan
Seton Hartnett O'Brien
Mr. Robert Jeffrey Olson
Mr. William Jeffrey Olson
Ryan Andrew Partelow
Erica Sollazzo Payne
Mr. Michael Raab
Mr. Daniel Reiss
Mr. David Edward Roland
Mr. Jeffrey Eric Sandberg
Mr. Daniel Schwei
Ms. Cassandra Snyder
Mr. Mark B. Stern
Ms. Abby Wright

District Court/Agency Case Number(s): 2:22-cv-04022-BCW