# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: United States of America vs. State of Missouri, et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1457 for the following party(s): (please specify)

Missouri Coalition Against Domestic and Sexual Violence

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☑ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Alexander Southwell s/: Alexander Southwell

Firm Name: Gibson, Dunn & Crutcher LLP

Business Address: 200 Park Avenue

City/State/Zip: New York, New York 10166

Telephone Number (Area Code): (212) 351-3981

Email Address: asouthwell@gibsondunn.com

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 8/17/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: