# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Ryan Andrew Partelow
**CC:** Rick Boyer
J. Mark Brewer
Mark J. Cherry
James Clymer
Lee R. Crain
Joshua Divine
Samuel J. Greeley
Jeff P. Johnson
Abigail O. Kertzman
Stephen R. Klein
Rukesh A. Korde
Priya S. Leeds
Patrick M. McSweeney
Jeremiah L. Morgan
Kerry Lee Morgan
Seton Hartnett O'Brien
Robert Jeffrey Olson
William Jeffrey Olson
Erica Sollazzo Payne
Michael Raab
Daniel Reiss
David Edward Roland
Jeffrey Eric Sandberg
Daniel Schwei
Cassandra Snyder
Alexander Southwell
Mark B. Stern
Abby Wright

**FROM:** Jenn J. Baker

**DATE:** August 18, 2023

**RE:** 23-1457  United States v. State of Missouri, et al

    Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below. Your paper briefs cannot be accepted and you must submit 10 new paper copies correcting the deficiencies.

**Your new paper copies of the brief are due 5 days from the date of this notice.**

__X__ The covers on the brief must be replaced with the correct color:
 _____ Appellant's principal brief - Blue
 _____ Appellee's principal brief - Red
 _____ Reply brief - Gray
 __X__ Amicus or Intervenor's brief - Green

__X__ Binding of your brief on the left-hand side is required. Spiral or tape binding is preferred.