# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 22, 2023

Mr. Daryl Ryan Taylor
COUNTY COUNSELOR'S OFFICE
2nd Floor, Jackson County Courthouse
415 E. 12th Street
Kansas City, MO  64106-0000

      RE: 23-1457  United States v. State of Missouri, et al

Dear Counsel:

      The amicus curiae brief of Jackson County, Missouri and St. Louis County, Missouri has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

      Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

                                Michael E. Gans
                                Clerk of Court

JJB

Enclosure(s)

cc:    Mr. Rick Boyer
        Mr. J. Mark Brewer
        Mark J. Cherry
        Mr. James Clymer
        Lee R. Crain
        Mr. Joshua Divine
        Samuel J. Greeley
        Mr. Jeff P. Johnson
        Abigail O. Kertzman
        Mr. Stephen R. Klein
        Rukesh A. Korde
        Priya S. Leeds

Mr. Patrick M. McSweeney
Mr. Jeremiah L. Morgan
Mr. Kerry Lee Morgan
Seton Hartnett O'Brien
Mr. Robert Jeffrey Olson
Mr. William Jeffrey Olson
Ryan Andrew Partelow
Erica Sollazzo Payne
Mr. Michael Raab
Mr. Daniel Reiss
Ms. Mary L. Reitz
Mr. David Edward Roland
Mr. Jeffrey Eric Sandberg
Ms. Rachel D. Schwarzlose
Mr. Daniel Schwei
Ms. Cassandra Snyder
Mr. Alexander Southwell
Mr. Mark B. Stern
Ms. Abby Wright

   District Court/Agency Case Number(s):   2:22-cv-04022-BCW