# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Ryan Andrew Partelow

**FROM:** Jenn J. Baker

**DATE:** August 23, 2023

**RE:** 23-1457  United States v. State of Missouri, et al

Your paper briefs in the above-case have been received. In reviewing the briefs, we noted the deficiencies shown below.

__X___ Please file an Initial/Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your brief.

**Your Certificate of Service for the paper briefs is due 5 days from the date of this notice.**