# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 17, 2023, one copy of the *Amici Curiae* Brief of Brady Center to Prevent Gun Violence, Everytown for Gun Safety Support Fund, March for Our Lives Foundation, and Giffords Law Center to Prevent Gun Violence in Support of Plaintiff-Appellee was served upon the below-listed counsel by sending one copy of same via Federal Express from Washington, D.C. on August 17, 2023, properly addressed to:

Daniel Reiss
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, N.W.
Washington, DC 20530

Jeffrey E. Sandberg
Abby Wright
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Room 7214
Washington, DC 20530

Daniel Schwei
Cassandra Snyder
U.S. DEPARTMENT OF JUSTICE
1100 L Street, N.W.
Suite 12302
Washington, DC 20005

Alan Thomas Simpson
U.S. ATTORNEY'S OFFICE
Charles Evans Whittaker Courthouse
400 East Ninth Street
Kansas City, MO 64106

J. Mark Brewer
BREWER & PRITCHARD, P.C.
800 Bering Drive
Houston, TX 77057

James Clymer
CLYMER, MUSSER & SARNO, P.C.
408 West Chestnut Street
Lancaster, PA 17603

Patrick M. McSweeney
PATRICK McSWEENEY,
ATTORNEY AT LAW
3358 John Tree Hill Road
Powhatan, VA 23139

William J. Olson
Robert J. Olson
Jeremiah L. Morgan
WILLIAM J. OLSON, P.C.
370 Maple Avenue W #4
Vienna, VA 22180

Kerry Lee Morgan
PENTIUK, COUVREUR &
KOBILJAK, P.C.
2915 Biddle Avenue
Suite 200
Wyandotte, MI 48192

Stephen R. Klein
BARR & KLEIN
Suite 300
1629 K Street, N.W.
Washington, DC 20006

Mark J. Cherry
Lee R. Crain
Seton Hartnett O'Brien
Erica Sollazzo Payne
Alexander Southwell
GIBSON & DUNN
200 Park Avenue
New York, NY 10166

      The undersigned hereby certifies that on August 18, 2023, one copy of the *Amici Curiae* Brief of Brady Center to Prevent Gun Violence, Everytown for Gun Safety Support Fund, March for Our Lives Foundation, and Giffords Law Center to Prevent Gun Violence in Support of Plaintiff-Appellee was served upon the below-listed counsel by depositing one copy of same in the Certified US Mail in Washington, D.C. on August 18, 2023, properly addressed to:

| | |
|---|---|
| Joshua Divine<br>Jeff P. Johnson<br>ATTORNEY GENERAL'S OFFICE<br>207 West High Street<br>P.O. Box 899<br>Jefferson City, MO 65102 | Rick Boyer<br>INTEGRITY LAW FIRM<br>P.O. Box 10953<br>Lynchburg, VA 24506<br><br>David E. Roland<br>FREEDOM CENTER OF MISSOURI<br>P.O. Box 693<br>Mexico, MO 65265 |

                                                    */s/ Ryan A. Partelow*
                                                    Ryan A. Partelow
                                                    *Counsel for Amici*