

MSR:ACW:JESandberg

U.S. Department of Justice
Civil Division
950 Pennsylvania Ave. NW, Rm. 7214
Washington, DC 20530

Tel.: (202) 532-4453

VIA CM/ECF

August 30, 2023

Michael E. Gans, Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Re:  *United States v. State of Missouri*, No. 23-1457

Dear Mr. Gans:

    I write pursuant to this Court's August 29, 2023 docket notice stating that this case has been screened for oral argument and requesting to be advised of any conflicts with the Court's upcoming scheduled argument dates.

    I respectfully wish to advise the Court that I am currently unavailable to appear for oral argument on the following dates: October 19-20, 2023; November 16-17, 2023; and January 12, 2024.

    Sincerely,

/s/ Jeffrey E. Sandberg
Jeffrey E. Sandberg
Civil Division, Appellate Staff
U.S. Department of Justice
(202) 532-4453
jeffrey.e.sandberg@usdoj.gov

*Counsel for the United States of America*

cc: all counsel of record (via CM/ECF)