UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-1457

United States of America

Appellee

v.

State of Missouri, et al.

Appellants

------------------------------

Missouri Firearms Coalition, et al.

Amici on Behalf of Appellant(s)

Brady Center to Prevent Gun Violence, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:22-cv-04022-BCW)
_____

**ORDER**

The motion for stay of judgment and injunction pending appeal is denied.


September 29, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans