

ATTORNEY GENERAL OF MISSOURI

Andrew Bailey

November 28, 2023

**VIA CM/ECF**

The Honorable Michael E. Gans
Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Federal Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

*Re: No. 23-1457 United States v. State of Missouri, et al.*

Dear Clerk Gans,

    My service with the Missouri Attorney General's Office ends on Thursday, November 30, and I ask that you terminate my representation of Appellants. Appellants will continue to be represented by attorneys from the Missouri Attorney General's Office entered in this case and will not be prejudiced by my withdrawal.

                                Sincerely,

                                */s/ Jeff P. Johnson*
                                Jeff P. Johnson, #73249
                                *Deputy Solicitor General*
                                Office of the Attorney General of Missouri
                                Supreme Court Building
                                207 W. High St.
                                P.O. Box 899
                                Jefferson City, MO 65102
                                Tel. (314) 340-7366
                                Fax (573) 751-0774

**Supreme Court Building**
207 W. High Street
P.O. Box 899
Jefferson City, MO 65102
Phone: (573) 751-3321
Fax: (573) 751-0774
www.ago.mo.gov

Appellate Case: 23-1457    Page: 1    Date Filed: 11/28/2023 Entry ID: 5339100

# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

    */s/ Jeff P. Johnson*
    Jeff P. Johnson