# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1457

United States of America

Appellee

v.

State of Missouri, et al.

Appellants

------------------------------

Missouri Firearms Coalition, et al.

Amici on Behalf of Appellant(s)

Brady Center to Prevent Gun Violence, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:22-cv-04022-BCW)

---

**ORDER**

Appellants' motion for an expedited hearing is granted, and the clerk is directed to set this case for oral argument during the week of February 12-16, 2024. Counsel will be advised of the date, time, and location of the argument when the February calendar is published.

December 08, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans