# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 27, 2025

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125

    Re: Missouri, et al.
        v. United States
        No. 24-796
        (Your No. 23-1457)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 23, 2025 and placed on the docket January 27, 2025 as No. 24-796.

        Sincerely,

        **Scott S. Harris**, Clerk

        by

        Redmond K. Barnes
        Case Analyst